# Third District Court of Appeal

## State of Florida

Opinion filed July 28, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-313
Lower Tribunal No. 17-22227
_____

**Roberto Ramirez,**
Appellant,

vs.

**Impact Glass Services, Inc.,**
Appellee.

An Appeal from a non-final order from the Circuit Court for Miami-Dade County, Oscar Rodriguez-Fonts, Judge.

Iacone Law, P.A., and Ronald C. Iacone, Jr., for appellant.

L.M. Schneider Law, P.A., and Leslie Mark Schneider (Ft. Lauderdale), for appellee.

Before FERNANDEZ, C.J., and GORDO, and LOBREE, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>Applegate v. Barnett Bank of Tallahassee</u>, 377 So. 2d 1150 (Fla. 1979).